UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Jazmin RUVALCABA-GONZALEZ,

    Defendant.

Case No. 16CR2539-H

JUDGMENT OF DISMISSAL

FILED
JAN 18 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- ☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- ☐ the Court has dismissed the case for unnecessary delay; or

- ☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

- ☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

- ☐ a jury has been waived, and the Court has found the defendant not guilty; or

- ☐ the jury has returned its verdict, finding the defendant not guilty;

- ☒ of the offense(s) as charged in the Indictment/Information:

  8:1324(a)(2)(B)(iii) - Bringing in Unlawful Alien(s) Without Presentation

Dated: 1/18/2018

Hon. Andrew G. Schopler
United States Magistrate Judge